Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
THOMAS G. LININGER (SBN 353277)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430
mjaime@mathenysears.com
tlininger@mathenysears.com

Attorneys for Defendant COSTCO WHOLESALE
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADORACION RAMIREZ CUELLAR and BENJAMIN CUELLAR<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. **1:25−CV−01838−JLT−EPG**<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO CAP DAMAGES AND REMAND CASE TO STATE COURT<br><br>**[DIVERSITY JURISDICTION]**<br><br><br>Complaint filed: 8/28/2025<br>Trial date: Not Assigned. |

<u>**ORDER**</u>

**THE ALL PARTIES AND THEIR COUNSEL OF RECORDS:**

///

///

///

1

**IT IS HEREBY ORDERED THAT**, based upon the stipulation of counsel, including the stipulated fact that Plaintiffs does not seek damages in excess of $75,000.00, which is less than the jurisdictional limit for diversity subject matter jurisdiction in federal court, this case is REMANDED back to state court, for the State Court of California, County of Fresno Superior Court, for all purposes.

IT IS SO ORDERED.

Dated:   **January 28, 2026**

UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2

*[PROPOSED] ORDER REGARDING STIPULATION TO CAP DAMAGES AND REMAND CASE TO STATE COURT*